THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD MENDEL, Appellant.

*People* v. *Mendel*, 165 App. Div. 912, affirmed.
(Argued April 29, 1915; decided May 14, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 27, 1914, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Frank Hendrick* and *Louis Spiegel* for appellant.

*Charles A. Perkins, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.